1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL HOWARD,

Plaintiff,

v.

T. BAILEY, *et al.*,

Defendants.

Case No. 3:22-cv-00064-MMD-CSD

ORDER

11       *Pro se* Plaintiff Michael Howard brings this action under 42 U.S.C. § 1983. Before

12   the Court is the Report and Recommendation ("R&R" or "Recommendation") of United

13   States Magistrate Judge Craig S. Denney (ECF No. 8), recommending the Court allow

14   Howard's Fourth Amendment excessive force claim to proceed but dismiss with prejudice

15   Howard's equal protection claim and Defendants Washoe County and City of Sparks.

16   Howard had until May 6, 2022, to file an objection, but to date, no objection to the R&R

17   has been filed. For this reason, and as explained below, the Court adopts the R&R in its

18   entirety.

19       The Court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

21   fails to object to a magistrate judge's recommendation, the Court is not required to

22   conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas*

23   *v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114,

24   1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

25   recommendations is required if, but *only* if, one or both parties file objections to the

26   findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory

27   Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no

28   clear error on the face of the record in order to accept the recommendation.").

1    Because there is no objection, the Court need not conduct de novo review, and is

2    satisfied Judge Denney did not clearly err. Here, Judge Denney recommends allowing

3    Howard's Fourth Amendment excessive force claim to proceed against Defendants Bailey

4    and Fye. (ECF No. 8 at 3-4.) In his First Amended Complaint (ECF No. 5), Howard alleges

5    that Fye slammed him to the ground during his arrest, despite that Howard was not

6    resisting, and that Howard ultimately required medical and dental treatment because of

7    the incident. Judge Denney reasoned that because Howard alleges Fye used more force

8    than was reasonably necessary and Bailey did not intervene, Howard has plausibly stated

9    a claim for excessive force under the Fourth Amendment. (ECF No. 8 at 4.) Judge Denney

10   further noted that although both the original complaint and the First Amended Complaint

11   include reference to the Eighth Amendment, claims for excessive force are cognizable

12   under the Fourth Amendment, and recommends that Howard be permitted to proceed

13   with his Fourth Amendment claim. (*Id.*)

14   Judge Denney recommends that the Court dismiss Howard's equal protection

15   claim because Howard has not established that he is a member of a protected class nor

16   plausibly established a class-of-one claim. (*Id.* at 5.) Because the First Amended

17   Complaint lacks sufficient facts to proceed, and because Howard has already been given

18   leave to amend his equal protection claim but failed to cure its deficiencies, Judge Denney

19   recommends the claim be dismissed with prejudice. The Court agrees with Judge

20   Denney. Having reviewed the R&R and the record in this case, the Court will adopt the

21   R&R in full.

22   It is therefore ordered that Judge Denney's Report and Recommendation (ECF

23   No. 8) is accepted and adopted in full.

24   It is further ordered that Howard may proceed with his Fourth Amendment

25   excessive force claim against Defendants T. Bailey and Ken Faye.

26   It is further ordered that the equal protection claim is dismissed with prejudice, as

27   amendment would be futile.

28   ///

2

1        It is further ordered that Defendants Washoe County and the City of Sparks are

2   dismissed form this action with prejudice.

3        DATED THIS 12th Day of May 2022.

4

5

6                                          MIRANDA M. DU
                                           CHIEF UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3