# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOWARD,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>DETECTIVE BAILEY, et al.,<br>　　　　　　　　Defendants. | 3:22-cv-00064-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　　　Pursuant to Chief District Judge Du's Order (ECF No. 9), **IT IS HEREBY ORDERED** that the Clerk shall ISSUE summonses for Defendants Bailey and Fye and send the same to the U.S. Marshal for service. The Clerk shall also SEND two (2) copies of the First Amended Complaint (ECF No. 5), the order adopting the Report and Recommendation (ECF No. 9), and this order to the U.S. Marshal for service on the Defendants. The Clerk shall SEND to Plaintiff two (2) USM-285 forms. Plaintiff shall have until **June 8, 2022,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

　　　　Plaintiff is advised that under Federal Rule of Civil Procedure 4(m), service must be completed **within ninety (90) days** of the date of this order. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 before the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

　　　　Once a defendant is served, Plaintiff must serve a copy of every pleading or other document submitted for consideration by the court upon the defendant or, if an appearance has been entered by counsel, upon the attorney. Plaintiff must include with the original of each document to be filed with

the court a certificate stating that a true and correct copy of the document was served on the defendant, or counsel, if the defendant has an attorney. Under Local Rule 5-1 the proof of service must show the day and manner of service and the name of the person served. The court may disregard any paper received which has not been filed with the Clerk, or that fails to include a certificate of service.

DATED: May 16, 2022.

_____
UNITED STATES MAGISTRATE JUDGE