# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOWARD, | Case No.: 3:22-cv-00064-MMD-CSD |
| Plaintiff, | **Order** |
| v. | |
| DETECTIVE BAILEY, et al., | |
| Defendants. | |

The court is in receipt of Plaintiff's discovery documents and USB thumb drive (ECF No. 51). Plaintiff is advised that discovery papers and discovery documents are not to be filed unless ordered by the court. LR 26-7. The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

Therefore, Plaintiff's discovery (ECF No. 51) is **STRICKEN** from the docket. The Clerk's Office shall also return the USB thumb drive received on February 13, 2023, to Plaintiff.

**IT IS SO ORDERED.**

Dated: February 28, 2023.

_____
Craig S. Denney
United States Magistrate Judge