# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOWARD,<br><br>                    Plaintiff,<br><br>   v.<br><br>DETECTIVE BAILEY, *et al.*,<br><br>                    Defendants. | 3:22-cv-00064-MMD -CSD<br><br>**ORDER**<br><br>Re:  ECF No. 54 |

Before the court is Plaintiff's Motion for a Settlement Conference (ECF No. 54).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for a Settlement Conference (ECF No. 54) is **GRANTED**.  The Courtroom Administrator shall schedule a settlement conference as soon as the court's calendar will accommodate it.

DATED:  March 15, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1