**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Mariah Northington, #14247**
Senior Assistant City Attorney
mnorthington@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendant Ken Fye*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOWARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>TRAVIS BAILEY, KEN FYE,<br><br>          Defendants. | Case No. 3:22-CV-00064-MMD-CSD<br><br>ORDER GRANTING<br><br><u>NOTICE OF WITHDRAWAL OF ATTORNEY</u> |

   PLEASE TAKE NOTICE that effective August 31, 2023, Barrack Potter, withdraws as attorney of record for Defendant Ken Fye in the above captioned matter. Wesley K. Duncan, Sparks City Attorney, and Mariah Northington, Senior Assistant City Attorney, will remain as attorney of record for Defendant Ken Fye.

   DATED this 30th day of August, 2023.

                                        WESLEY K. DUNCAN
                                        Sparks City Attorney

                              By:     <u>/s/ Wesley K. Duncan</u>
                                        Attorneys for Defendant Ken Fye

IT IS SO ORDERED.

DATED: August 31, 2023.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE