**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Mariah Northington, #14247**
Senior Assistant City Attorney
mnorthington@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendant Ken Fye*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOWARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS BAILEY, KEN FYE,<br><br>Defendants. | Case No. 3:22-CV-00064-MMD-CSD<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant KEN FYE, by and through counsel Wesley K. Duncan, Sparks City Attorney, and Mariah Northington, Senior Assistant City Attorney, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order [ECF 76] wherein the District Court denied Defendant's Motion to Dismiss [ECF No. 56] and Defendant's Motion for Summary Judgment [ECF No. 61], entered in this action on the 19th day of December, 2023.

## REPRESENTATION STATEMENT

The undersigned represents Defendant KEN FYE. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Defendant-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email.

**PLAINTIFF:** Michael Howard is represented pro se:

Michael Howard, Inmate No.: 66342
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702
nncclawlibrary@doc.nv.gov

**DEFENDANT:** KEN FYE is represented by:

Wesley K. Duncan, Sparks City Attorney
Sparks City Attorney's Office
P.O. Box 857
Sparks, Nevada 89432-0857
(775) 353-2324
wduncan@cityofsparks.us

Mariah Northington, Senior Assistant City Attorney
Sparks City Attorney's Office
P.O. Box 857
Sparks, Nevada 89432-0857
(775) 353-2324
mnorthington@cityofsparks.us

DATED this 28th day of December, 2023.

                                          WESLEY K. DUNCAN
                                          Sparks City Attorney

By:   */s/ Mariah Northington*
       MARIAH NORTHINGTON
       Senior Assistant City Attorney
       *Attorneys for Defendant Ken Fye*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date I served the foregoing document(s) entitled **NOTICE OF APPEAL** on the persons set forth below by Case Management/Electronic Case Filing (CM/ECF) <u>and/or</u>; placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices.

If physically delivered, each is addressed as follows:

Michael Howard, Inmate No.: 66342
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702
nncclawlibrary@doc.nv.gov

DATED this 28th day of December, 2023.

                                                */s/ Roxanne Doyle*
                                                Roxanne Doyle