**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Mariah Northington, #14247**
Senior Assistant City Attorney
mnorthington@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendant Ken Fye*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HOWARD,<br><br>        Plaintiff,<br><br>    vs.<br><br>KEN FYE,<br><br>        Defendants. | Case No. 3:22-CV-00064-MMD-CSD<br>**ORDER GRANTING STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties that the above-referenced matter is hereby dismissed with prejudice; and

IT IS FURTHER STIPULATED that all parties are to bear their own attorney fees and costs.

IT IS SO STIPULATED this _13th_ day of March, 2025.

| | |
|---|---|
| MICHAEL HOWARD<br><br><br><br>By: *Michael Howard* (signature)<br>Michael Howard<br>Plaintiff | WESLEY K. DUNCAN<br>Sparks City Attorney<br><br><br>By: /s/ Mariah Northington<br>MARIAH NORTHINGTON<br>Senior Assistant City Attorney<br>Attorneys for Defendant Ken Fye |

Howard v. Fye
3:22-CV-00064

## **ORDER**

IT IS SO ORDERED the above-referenced matter is hereby dismissed with prejudice; and;

IT IS FURTHER ORDER that all parties are to bear their own attorney fees and costs.

IT IS SO ORDERED.

DATED: _March 25, 2025_____

_____

Howard v. Fye
3:22-CV-00064

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date I served the foregoing document(s) entitled **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** on the persons set forth below by Case Management/Electronic Case Filing (CM/ECF) and/or; placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices.

If physically delivered, each is addressed as follows:

Michael Howard
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702

DATED this 25TH day of March, 2025.

_/s/ Roxanne Doyle_
Roxanne Doyle